SHANTI LEWALLEN, OSB No. 143740
shantilewallen@gmail.com
LEWALLEN LAW, LLC
65 SW Yamhill, Suite 300
Portland, OR 97204
Telephone: (503) 997-5447

ANDREW HOROWITZ, PA Bar No. 311949 (*pro hac vice admission pending*)
andrew.horowitz@obermayer.com
BRUCE FOX, PA Bar No. 42576 (*pro hac vice admission pending*)
andrew.horowitz@obermayer.com
OBERMAYER REBMANN MAXWELL & HIPPEL LLP
525 William Penn Place, Ste. 1710
Pittsburgh, PA 15219
Telephone: (412) 288-2461

*Of Attorneys for Plaintiff*

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

PORTLAND DIVISION

| | |
|---|---|
| **ANNA FORD, an individual**,<br><br>         Plaintiff,<br><br>vs.<br><br>**ST. CHARLES HEALTH SYSTEM, INC., an Oregon corporation,**<br><br>         Defendant. | Case No.:  3:23-CV-00871-SB<br><br>**DECLARATION OF SHANTI LEWALLEN IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS** |

I, Shanti Lewallen, declare as follows:

1. I am counsel for Plaintiff in the above-referenced case.

2. Attached hereto as **Exhibit 1** is a true and correct copy of a Notice to Employees Regarding Meal and Rest Periods provided to Plaintiff Anna Ford, RN, by Defendant St. Charles

Page 1    DECLARATION OF COUNSEL IN SUPPORT OF
         PLAINTIFF'S OPPOSITION TO DEFENDANT'S
         MOTION TO DISMISS

Health System, Inc. at or around the time of her hire as an Emergency Room Float Pool Nurse, as provided by Defendant in response to my office's request for Nurse Ford's personnel file. *Highlighting added*.

      3.    Prior to filing this lawsuit, my office made multiple written requests on behalf of Plaintiff for Defendant to provide records of Plaintiff's use of electronic charting and communications systems while employed by Defendant and punched out for meal periods. Defendant failed to provide such records within the time permitted by ORS 652.750 and has not produced any such records to date.

I hereby declare under penalty of perjury that the foregoing is true and correct.

DATED this 20th day of July 2023.        LEWALLEN LAW, LLC

*[signature]*

Shanti S. Lewallen, OSB No. 143740
shantilewallen@gmail.com
Tel.: 503-997-5447 / Fax: 844-364-5438

*Of Attorneys for Plaintiff*

Page 2   DECLARATION OF COUNSEL IN SUPPORT OF
PLAINTIFF'S OPPOSITION TO DEFENDANT'S
MOTION TO DISMISS

Lewallen Law, LLC
735 SW First Ave., Suite 300
Portland OR 97204
Tel: 503-997-5447
Fax: 844-364-5438

## CERTIFICATE OF SERVICE

  I certify that I caused to be served the foregoing *Declaration of Counsel in Support of Plaintiff's Opposition to Defendant's Motion to Dismiss* by:

- ☐ Facsimile
- ☐ First Class Mail
- ☐ Hand-Delivery
- ☑ E-mail
- ☑ CM/ECF Service

directing a true copy thereof to Defendants' attorneys at the address(es) shown below:

DAVIS WRIGHT TREMAINE, LLP
Sarah Ames Benedict, OSB #132675
sarahbenedict@dwt.com
Tim Cunningham, OSB #100906
timcunningham@dwt.com
1300 SW 5th Avenue, Suite 2400
Portland, OR 97201
Tel.: 503-241-2300
Fax: 503-778-5299

***Attorneys for Defendant***

DATED this 20th day of July 2023.

LEWALLEN LAW, LLC

*s/ Shanti Lewallen*
Shanti S. Lewallen, OSB #143740
shantilewallen@gmail.com

***Of Attorneys for Plaintiff***

Page 1 – CERTIFICATE OF SERVICE – DECLARATION OF COUNSEL IN SUPPORT OF PLAINTIFF'S OPPOSITION TO DEFENDANT'S MOTION TO DISMISS

Lewallen Law, LLC
735 SW First Ave., Suite 300
Portland OR 97204
Tel: 503-997-5447
Fax: 844-364-5438




## NOTICE TO EMPLOYEES REGARDING REST AND MEAL PERIODS

Oregon law requires employers to provide uninterrupted rest and meal periods to non-exempt (hourly) employees who work a minimum number of consecutive hours. The purpose of this form is to inform employees of the legal requirements governing rest and meal periods, and to obtain the employees' commitment to comply with those legal requirements.

### St. Charles Health System Rest and Meal Period Policy and Acknowledgement Form

**Rest Periods.** St. Charles provides one paid, uninterrupted 15-minute rest period for each four-hour segment or major portion thereof worked by a caregiver. When feasible, rest periods should be given as close to the middle of the work shift as possible and must be taken in addition to and separately from meal periods. A rest period cannot be taken at the beginning or end of a work period, or combined with another rest period or with a meal period.

**Meal Periods.** St. Charles provides one unpaid, uninterrupted 30-minute meal period for each period of six hours or longer worked by a caregiver. Meal periods cannot be taken at the beginning or end of a work period, nor can they be combined with rest periods. No meal period is required if the work period is less than six hours. If, in an emergency, a caregiver is required or recalled to work during his or her meal period, then he or she shall be given another uninterrupted meal period or paid for the full (thirty-minute) meal period, regardless of how many minutes he or she worked during the meal period.

### Numbers of Meal and Rest Periods Required Based on Length of Work Period

| Length of shift | Number of rest periods required | Number of meal periods required |
|---|---|---|
| 2 hrs or less | 0 | 0 |
| 2 hrs 1 min - 5 hrs 59 min | 1 | 0 |
| 6 hrs | 1 | 1 |
| 6 hrs 1 min - 10 hrs | 2 | 1 |
| 10 hrs 1 min - 13 hrs 59 min | 3 | 1 |
| 14 hrs | 3 | 2 |
| 14 hrs 1 min - 18 hrs | 4 | 2 |
| 18 hrs 1 min - 21 hrs 59 min | 5 | 2 |
| 22 hrs | 5 | 3 |
| 22 hrs 1 min - 24 hrs | 6 | 3 |

Failure to comply with these requirements could result in corrective action up to and including termination. Non-exempt caregivers who are not provided with the rest or meal periods set forth in this policy should contact their supervisors, managers or Human Resources immediately.

### Caregiver Acknowledgement

I acknowledge that this policy has been provided and explained to me. I understand and agree to follow this policy.

Print Caregiver Name: __anna ford__    Caregiver Signature/ Date: __10/23/17__

Exhibit 1
Page 1 of 1